ORIGINAL

FILED

07/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0180

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-21-0180

FILED

JUL 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Nathan R. White,
Appellant,

    v.

Amanda Anderson,
Appellee.

ORDER FOR
EXTENSION OF
TIME

  Appellant's has requested through motion a 30 day extension of time to file an opening brief, due July 22, 2021.  Just cause being given, this motion is granted.  New due date to file an opening brief will be August 23, 2021.

DATED this 13th day of July, 2021